Order issued September 18, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00552-CR

**LARRY DARNELL PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-30771-P

# ORDER

We **GRANT** Official Court Reporter Lisabeth Kellett's August 30, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due **thirty days** from the date of this order.

DAVID L. BRIDGES
JUSTICE